UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JUAN EVERETT JONES, | : | VIOLATIONS: |
| also known as "Hollywood," | : | 18 U.S.C. § 371 |
| | : | (Conspiracy to Commit an Offense |
| Defendant. | : | Against the United States) |
| | : | |
| | : | **UNDER SEAL** |
| | : | |
| | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning in or about June 2018, the exact date being unknown to the Grand Jury, and continuing through at least July 27, 2018, in the District of Columbia and elsewhere, **JUAN EVERETT JONES**, also known as "Hollywood," Co-Conspirator-1 ("CC-1"), Co-Conspirator-2 ("CC-2"), and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate and agree together and with other persons, to commit certain offenses against the United States, to wit:

a. Transferring, selling, giving, transporting, and delivering firearms to persons not residing in the State where the transferor resides, in violation of Title 18, United States Code, Section 922(a)(5);

b. Making false and fictitious oral and written statements intended to, and likely to, deceive a firearms dealer with respect to facts material to the lawfulness of the sale or other disposition of firearms, in violation of Title 18, United States Code, Section 922(a)(6);

c. Selling, disposing, and transferring firearms to prohibited persons in violation of Title 18, United States Code, Section 922(d);

d. Possessing and receiving firearms with Obliterated Serial Numbers in violation of Title 18, United States Code, Section 922(k).

## GOAL OF THE CONSPIRACY

The goal of the conspiracy was to obtain firearms from licensed firearms dealers in the Commonwealth of Virginia and transfer and transport these firearms to the District of Columbia and elsewhere, for the purpose of illegally reselling these firearms for profit to individuals prohibited or otherwise unable to legally acquire firearms.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, and in order to effect the objects thereof, defendant **JUAN EVERETT JONES**, also known as "Hollywood," CC-1, CC-2, and others known and unknown to the Grand Jury, in various combinations, directly and indirectly, within the District of Columbia and elsewhere, committed overt acts, including, but not limited to, the following:

a. Beginning on June 27, 2018, CC-1, CC-2, and others known and unknown to the Grand Jury began traveling to firearms retail stores in Virginia for the purpose of buying firearms.

b. On multiple occasions between June 27, 2018 and July 27, 2018, CC-2 provided materially false information on ATF 4473 firearm transaction records for the purpose of illegally acquiring firearms for resale.

c. On multiple occasions between June 27, 2018 and July 27, 2018, CC-1 and CC-2 traveled back to the District of Columbia with illegally acquired firearms and obliterated and altered the serial numbers on those firearms.

d. On multiple occasions between June 27, 2018 and July 27, 2018, CC-1 and CC-2 contacted individuals otherwise prohibited from purchasing and possessing firearms and offered to sell these individuals firearms with obliterated and altered serial numbers.

e. On July 23, 2018, CC-2 contacted **JUAN EVERETT JONES**, also known as "Hollywood," and offered to sell him two .40 caliber semi-automatic firearms, two 9mm semi-automatic firearms, one .380 caliber firearm, and one .25 caliber firearm.

f. On July 23, 2018, CC-2 sent **JUAN EVERETT JONES**, also known as "Hollywood," a text message containing a photograph of firearms for sale.

g. On July 23, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," sent CC-2 a text message offering to purchase the firearms for $2,000.

h. On July 23, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," requested to fire the firearms before purchasing them.

i. On July 23, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," and CC-2 negotiated for the sale of multiple firearms through text messages.

j.  On July 24, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," sent CC-2 a text message inquiring about the prices of several firearms.

k.  On July 24, 2018, CC-2 sent **JUAN EVERETT JONES**, also known as "Hollywood," a price list of the firearms for sale stating ".9 600 .40 700 .45 850."

l.  On July 24, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," replied to CC-2 and told CC-2 that the "Prices. Are crazy," and CC-2 to tell CC-1 that "Ill take those off his hands but work wit me since I'm getting more than 1." **JUAN EVERETT JONES**, also known as "Hollywood," sent a follow up text message stating "I got 1700 for them. I already got work but ill take more if the price right."

m.  On July 24, 2018, CC-2 sent **JUAN EVERETT JONES**, also known as "Hollywood," a text message letting him know that CC-2 was delayed in meeting to sell him the firearms because the serial number on the .40 caliber was difficult to remove due to the strength of the metal.

n.  On or about July 24, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," provided CC-2 with his home address and asked CC-2 to travel from the District of Columba to his residence in District Heights, Maryland for the purpose of buying the firearms from CC-2.

o.  On or about July 24, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," asked CC-2 if he could provide CC-2 an additional $200 and purchase the "40 with the 16 instead of the nina," referring to the .40 caliber firearm and the 9mm firearm.

p.  On July 24, 2018, CC-1 and CC-2 sold **JUAN EVERETT JONES**, also known as "Hollywood," a .40 caliber firearm and a .45 caliber firearm.

q.  On July 25, 2018, CC-2 sent **JUAN EVERETT JONES**, also known as "Hollywood," a text message stating "Todays menu: .380 Three .9 .40 .45 .22 long."

r.  On July 25, 2018, **JUAN EVERETT JONES** replied to CC-2 and asked for pictures of the firearms. CC-2 responded to **JUAN EVERETT JONES**, also known as "Hollywood," through a series of text messages containing photographs of approximately 5 different firearms for sale, some with high capacity magazines attached.

s.  On July 25, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," sent CC-2 a series of text messages asking about the price of the "big joint," and asking about what type of firearms were in the photographs.

t.  On July 25, **JUAN EVERETT JONES**, also known as "Hollywood," sent CC-2 a text message asking to purchase the .22LR caliber firearm in the photographs for $700.00 and sent a follow up text message asking CC-2 if the firearm was fully automatic.

u.  On July 26, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," sent CC-2 a text message stating "Hey lil mama. Send me what u got now. Pics n the numbers. Pleeeease work wit me."

v.  On July 26, 2018, CC-2 sent **JUAN EVERETT JONES**, also known as "Hollywood," a series of text messages containing photographs of two separate semi-automatic firearms for sale and a text message with the prices of four firearms for sale.

w.  On July 26, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," asked CC-2 about the ammunition capacity of the .40 caliber for sale.

x.  On July 27, 2018, CC-2 sent **JUAN EVERETT JONES**, also known as "Hollywood," a text message letting him know that CC-2 was traveling to the Dulles Gun Show in the Commonwealth of Virginia and offered to purchase firearms for **JUAN EVERETT JONES**, also known as "Hollywood."

y.  On July 27, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," sent CC-2 a text message asking CC-2 to purchase several firearm accessories and firearms on his behalf including a "20 or 30 rounder clip for the 40 n 45 I bought. Also a Mac(45caliber) machine g[un]. or Uzi(9mm)machine g[un]." **JUAN EVERETT JONES**, also known as "Hollywood," sent CC-2 a follow up text message asking CC-2 to purchase "a beam for the 45 as[]well"

z.  On July 27, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," sent CC-2 a series of text messages informing CC-2 that he would like CC-2 to purchase a "Mac or Uzi fully auto" if they were being sold for "1500 for either," and a "beam" if it was being sold for "150."

aa. On July 27, 2018, CC-2 sent **JUAN EVERETT JONES**, also known as "Hollywood," a text message letting him know that CC-2 purchased a "mac 11."

bb. On July 27, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," sent CC-2 text message asking if the Mac 11 was a "45caliber," and "what [does] it hol[d]."

w. On July 26, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," asked CC-2 about the ammunition capacity of the .40 caliber for sale.

x. On July 27, 2018, CC-2 sent **JUAN EVERETT JONES**, also known as "Hollywood," a text message letting him know that CC-2 was traveling to the Dulles Gun Show in the Commonwealth of Virginia and offered to purchase firearms for **JUAN EVERETT JONES**, also known as "Hollywood."

y. On July 27, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," sent CC-2 a text message asking CC-2 to purchase several firearm accessories and firearms on his behalf including a "20 or 30 rounder clip for the 40 n 45 I bought. Also a Mac(45caliber) machine g[un]. or Uzi(9mm)machine g[un]." **JUAN EVERETT JONES**, also known as "Hollywood," sent CC-2 a follow up text message asking CC-2 to purchase "a beam for the 45 as[]well"

z. On July 27, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," sent CC-2 a series of text messages informing CC-2 that he would like CC-2 to purchase a "Mac or Uzi fully auto" if they were being sold for "1500 for either," and a "beam" if it was being sold for "150."

aa. On July 27, 2018, CC-2 sent **JUAN EVERETT JONES**, also known as "Hollywood," a text message letting him know that CC-2 purchased a "mac 11."

bb. On July 27, 2018, **JUAN EVERETT JONES**, also known as "Hollywood," sent CC-2 text message asking if the Mac 11 was a "45caliber," and "what [does] it hol[d]."